**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Merrick Company LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-4576344** | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **2109 Schaffner Avenue** **Louisville, KY 40210** Number, Street, City, State & ZIP Code | **P.O. Box 21817** **Louisville, KY 40221** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Jefferson** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.merrickco.com** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Merrick Company LLC**                                          Case number (*if known*) _____
          _____
          Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __2362__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| _____ | | _____ | |
| District | When | Case number, if known | |
| _____ | _____ | _____ | |

---

Debtor    **Merrick Company LLC**                                    Case number (*if known*) _____
              Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:* |

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Merrick Company LLC**
Name

Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2019**
MM / DD / YYYY

**X** **/s/ Michelle Merrick**
Signature of authorized representative of debtor

**Michelle Merrick**
Printed name

Title    **Member**

---

**18. Signature of attorney**

**X** **/s/ Charity S. Bird**
Signature of attorney for debtor

Date    **April 15, 2019**
MM / DD / YYYY

**Charity S. Bird**
Printed name

**Kaplan Johnson Abate & Bird LLP**
Firm name

**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
Number, Street, City, State & ZIP Code

Contact phone    **(502) 540-8285**        Email address    **cbird@kaplanjohnsonlaw.com**

**92622 KY**
Bar number and State

---

---

**Fill in this information to identify the case:**

Debtor name      **Merrick Company LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
   amended filing

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2019**              X  */s/ Michelle Merrick*
                                                Signature of individual signing on behalf of debtor

                                                **Michelle Merrick**
                                                Printed name

                                                **Member**
                                                Position or relationship to debtor

---

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Merrick Company LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF KENTUCKY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Abel Construction 3401 Bashford Ave CT Louisville, KY 40202** | | subcontractor | | | | **$18,270.00** |
| **Cardinal Insulation 1300 West Main Street Louisville, KY 40202** | | subcontractor | | | | **$18,168.86** |
| **Chase Ink Card Member Service PO Box 1423 Charlotte, NC 28201-1423** | | credit card | | | | **$32,390.49** |
| **Comfort System 3405 Robards Court Louisville, KY 40218** | | equipment subcontractor | | | | **$36,284.60** |
| **Division of Unemployment P.O. Box 2003 Frankfort, KY 40602-2003** | | **Unemployment insurance** | **Disputed** | | | **$165,000.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Federal Tax Lien** | | | | **$196,642.09** |
| **Kentucky Department of Revenue Legal Support Branch - Bankruptcy P.O. Box 5222 Frankfort, KY 40602** | | **Debtor's interest in property, either real or personal, tangible or intangible, now owned or subsequently acquired** | **Disputed** | **$300,000.00** | **$0.00** | **$300,000.00** |

Debtor   **Merrick Company LLC**
_____
         Name

Case number *(if known)*  _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lockwood International 4650 New Middle Road Jeffersonville, IN 47130 | | vendor | | | | $10,662.46 |
| Louisville Metro Revenue Commission 617 West Jefferson Street P.O. Box 35410 Louisville, KY 40202-2767 | | Local tax | | | | $69,644.04 |
| McCallister Retnal Dept 78731 PO Box 78000 Detroit, MI 48278-0731 | | Rental equipment for job site | | | | $13,950.53 |
| Merrick-Kemper PO Box 185 Louisville, KY 40201-0185 | | subcontractor | | | | $17,422.00 |
| Padgett 901 E Fourth Street New Albany, IN 47150 | | equipment | | | | $30,118.00 |
| Plumbers Supply PO Box 6149 Louisville, KY 40206-0149 | | supplier | | | | $266,485.36 |
| Ready Electric 3300 Gilmore Industrial Blvd Louisville, KY 40213 | | subcontractor | | | | $12,065.96 |
| Republic Bank & Trust Company 661 S Hurstbourne Pkwy Louisville, KY 40222-5040 | | All assets and personal property now owned or hereafter acquired | Disputed | $268,016.62 | $0.00 | $268,016.62 |
| SPX Cooling 7401 W 1298th Overland Park, KS 66213 | | equipment | | | | $55,630.00 |
| Sunbelt Rentals PO Box 409211 Atlanta, GA 30384-9211 | | Rental equipment for job site | | | | $75,166.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Merrick Company LLC**

Case number *(if known)*

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Trustees of the Plumbers and Pipefitters National Pension Fund 103 Oronoco St Alexandria, VA 20016** | | **Lawsuit in EDVa** | **Disputed** | | | **$21,693.39** |
| **Ware 4005 Produce Lane Louisville, KY 40218** | | **vendor** | | | | **$16,080.40** |
| **West Point Bank 600 W Lincoln Trail Radcliff, KY 40160** | | **Office furniture and equipment, fork lifts and trucks, remaining equipment, per Asset Purchase Agreement** | **Disputed** | **$89,322.00** | **$0.00** | **$89,322.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Merrick Company LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................ $     **824,992.79**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*................................................................................. $     **824,992.79**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **2,229,816.07**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **731,286.13**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **695,457.32**

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b

    $     **3,656,559.52**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Merrick Company LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | JPMorgan Chase Bank, N.A. | checking account | 7217 | $0.00 |
| 3.2. | JPMorgan Chase Bank, N.A. | checking account | 9381 | $9,296.57 |
| 3.3. | Limestone Bank | checking account | 9798 | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $9,296.57 |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Merrick Company LLC**                                    Case number *(If known)* _____
_____
Name

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | | |
|---|---|---|---|---|---|---|
| | 11a. 90 days old or less: | 198,923.18 | - | 0.00 | = .... | $198,923.18 |
| | | face amount | | doubtful or uncollectible accounts | | |
| | 11b. Over 90 days old: | 259,370.18 | - | 129,685.09 | =.... | $129,685.09 |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $328,608.27 |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Stock materials- 1 Lot of Pipe, Pipe Fittings, Metals, other Materials** | **Beginning of 2019** | **$0.00** | **Recent cost** | **$3,000.00** |
| | **Stock Materials- 1 Lot of Welding Wire, Abrasives, other Consumables** | **Beginning of 2019** | **$0.00** | **Recent cost** | **$750.00** |
| 20. | **Work in progress** **Retainage owed contracts, to be collected** | | **$0.00** | | **$26,568.60** |
| | **Finished work, not yet billed** | | **$0.00** | | **$209,611.35** |

| 21. | **Finished goods, including goods held for resale** | |
|---|---|---|
| 22. | **Other inventory or supplies** | |
| 23. | **Total of Part 5.** | $239,929.95 |
| | Add lines 19 through 22.  Copy the total to line 84. | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Merrick Company LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

24. **Is any of the property listed in Part 5 perishable?**
   ☑ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ☑ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **(15) Office chairs** | **$0.00** | | **$300.00** |
| **(8) Desks** | **$0.00** | | **$320.00** |
| **(2) Tables** | **$0.00** | | **$100.00** |
| **(12) File Cabinets** | **$0.00** | | **$240.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Copy Machine** | **$0.00** | | **$300.00** |
| **(5) Printers/ Scanners** | **$0.00** | | **$250.00** |
| **(5) Fax Machines** | **$0.00** | | **$250.00** |
| **Laptop** | **$0.00** | | **$150.00** |
| **(4) Computers** | **$0.00** | | **$600.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Merrick Company LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| |
|---|
| $2,510.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **1995 Ford F-Series**<br>Valued by NADA | $0.00 | | $7,500.00 |
| 47.2. | **2001 International Model 4700**<br>Valued by NADA | $0.00 | | $10,000.00 |
| 47.3. | **2006 Ford F-350**<br>Valued by NADA | $0.00 | | $5,350.00 |
| 47.4. | **2013 Ford F-150**<br>Valued by NADA | $0.00 | | $7,574.00 |
| 47.5. | **2009 Ford F-150**<br>Valued by NADA | $0.00 | | $13,350.00 |
| 47.6. | **2012 Ford F-150** | $0.00 | | $4,325.00 |
| 47.7. | **2012 Ford F-150**<br>Valued by NADA | $0.00 | | $4,325.00 |
| 47.8. | **2014 Ford Explorer**<br>Valued by NADA | $0.00 | | $15,500.00 |
| 47.9. | **2014 Ford F-150**<br>Valued by NADA | $0.00 | | $5,250.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

Debtor    **Merrick Company LLC**
                Name                                                                              Case number *(If known)*

| | | | |
|---|---|---|---|
| 47.10 · | **2014 Ford F-150**<br>**Valued by NADA** | $0.00 | $23,425.00 |
| 47.11 · | **2012 Ford F-150**<br>**Valued by NADA** | $0.00 | $4,325.00 |
| 47.12 · | **2004 Ford F-150**<br>**Valued by NADA** | $0.00 | $150.00 |
| 47.13 · | **2008 Ford F-150**<br>**Valued by NADA** | $0.00 | $2,650.00 |
| 47.14 · | **2016 Jeep Wrangler 4D Sport**<br>**Valued by NADA** | $0.00 | $17,975.00 |
| 47.15 · | **2013 Ford F-150**<br>**Valued by NADA** | $0.00 | $7,574.00 |
| 47.16 · | **2008 Ford F-150**<br>**Valued by NADA** | $0.00 | $3,725.00 |
| 47.17 · | **2013 Ford F-250**<br>**Valued by NADA** | $0.00 | $17,650.00 |
| 47.18 · | **2018 Ford F-150**<br>**Valued by NADA** | $0.00 | $25,400.00 |
| 47.19 · | **2018 Ford F-150**<br>**Valued by NADA** | $0.00 | $25,400.00 |
| 47.20 · | **2004 Ford F-150**<br>**Valued by NADA** | $0.00 | $575.00 |
| 47.21 · | **2004 Ford F-150**<br>**Valued by NADA** | $0.00 | $575.00 |
| 47.22 · | **2003 Ford F-250**<br>**Valued by NADA** | $0.00 | $500.00 |
| 47.23 · | **2005 Ford F-150**<br>**Valued by NADA** | $0.00 | $750.00 |
| 47.24 · | **2004 Ford F-150**<br>**Valued by NADA** | $0.00 | $750.00 |
| 47.25 · | **2008 Ford F-150**<br>**TOTALED -WAITING ON INSURANCE**<br>**CLAIM** | $0.00 | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Merrick Company LLC**
          Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 47.26· | **2003 Ford F-150**<br>**Valued by NADA** | $0.00 | $150.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Miller Gas Drive Welder - Propane** | $0.00 | | $1,200.00 |
| **Ridgid 1224 Power Machine** | $0.00 | | $750.00 |
| **Sewer Jetter** | $0.00 | | $750.00 |
| **Steam Power Washer** | $0.00 | | $500.00 |
| **(3) BE-CO Pipe Turners** | $0.00 | | $2,250.00 |
| **(4) MIG Wire Feeders** | $0.00 | | $800.00 |
| **(3) Propane 5K Forklifts** | $0.00 | | $7,000.00 |
| **(5) MIG Welding Machines** | $0.00 | | $900.00 |
| **(6) Welding Machine Power Sources** | $0.00 | | $750.00 |
| **SandBlast Cabinet** | $0.00 | | $600.00 |
| **Iron Worker** | $0.00 | | $1,200.00 |
| **(2) Plasma Cutters** | $0.00 | | $900.00 |
| **Band Saw (Floor Type)** | $0.00 | | $1,800.00 |
| **Pipe Flare Machine** | $0.00 | | $6,500.00 |
| **(3) Ridgid 535 Power Machines** | $0.00 | | $650.00 |
| **(3) Miller Gas Drive Welders - Fuel** | $0.00 | | $1,200.00 |
| **(4) Ridgid 300 Power Machines** | $0.00 | | $650.00 |

Debtor    **Merrick Company LLC**                              Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| **Hand Tools (Pipe Wrenches, Threaders, etc.)** | $0.00 | | $2,000.00 |
| **Cordless Tools** | $0.00 | | $2,800.00 |
| **(4) 110v Welders** | $0.00 | | $4,000.00 |
| **(3) Pro Press Machines** | $0.00 | | $2,100.00 |
| **(3) Scissors Lifts (broken)** | $0.00 | | $500.00 |
| **(10) Ladders** | $0.00 | | $100.00 |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $244,648.00 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Real estate lease for property located at 2114 South 7th Street, Louisville KY 40208** | **Leasehold** | $0.00 | | $0.00 |
| 55.2.  **Lease of real estate for property located at 2109 Schaffner Ave, Louisville KY 40210** | **Leasehold** | $0.00 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Merrick Company LLC**                              Case number *(If known)* _____
               Name

| 56. | **Total of Part 9.** | | | $0.00 |
|---|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>Trademarks and trade secrets | $0.00 | | Unknown |
| 61. | **Internet domain names and websites**<br>Internet domain name and website | $0.00 | | $0.00 |
| 62. | **Licenses, franchises, and royalties**<br>Licenses to do business | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations**<br>Customer lists | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | | $0.00 |
|---|---|---|---|---|

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

Debtor     **Merrick Company LLC**                          Case number *(if known)* _____
           Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
|  | Anthem health insurance | $0.00 |
|  | **Cincinnati Insurance - monthly life insurance for Republic Bank collateral** | $0.00 |
|  | **Guardian - dental insurance** | $0.00 |
|  | **Wessel Insurance - liability, auto, and umbrella** | $0.00 |
|  | **KESA - workers comp. insurance** | $0.00 |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Insurance claim on totaled 2008 Ford F-150 - the debtor is waiting for the insurance company's assessment** | Unknown |
|  | Nature of claim | |
|  | Amount requested                $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor    **Merrick Company LLC**                                Case number *(If known)* _____
              Name

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $9,296.57 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $328,608.27 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $239,929.95 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,510.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $244,648.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $824,992.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $824,992.79 |

**Fill in this information to identify the case:**

Debtor name    **Merrick Company LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF KENTUCKY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Air Systems, LLC**
Creditor's Name

**4512 Bishop Lane**
**Louisville, KY 40218**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**1/22/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All of the right, title and interest of Defendant, Merrick Company LLC, in and to any real property located in Jefferson County, Kentucky.**

Describe the lien
**Judgment Lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Amount of claim: **$0.00**    Value of collateral: **$0.00**

---

**2.2   Cardinal Industrial Insulation Co., Inc.**
Creditor's Name

**c/o Dennis J. Stilger, P.S.C.**
**6000 Brownsboro Park Blvd., Suite H**
**Louisville, KY 40207**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

Describe the lien
**Judgment lien**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$7,782.00**    Value of collateral: **$0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Merrick Company LLC**
_____
Name

Case number (if know) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Citibank, N.A., its branches,** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All right, title and interest of MERRICK COMPANY LLC in and to all accounts and other forms of obligations owing to Supplier by DIAGEO NORTH AMERICA, INC.** | | |

**subsidiaries and affiliates**
**388 Greenwich Street, 10th Floor**
**New York, NY 10013**
_____
Crettor's mailing address

**Describe the lien**
**Blanket lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**8/31/18**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $1,831.45 | $7,574.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Ford F-150** **Valued by NADA** | | |

**P.O. Box 650575**
**Dallas, TX 75265-0575**
_____
Creditor's mailing address

**Describe the lien**
_____
**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.5 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $3,661.78 | $7,574.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 Ford F-150** **Valued by NADA** | | |

**P.O. Box 650575**
**Dallas, TX 75265-0575**
_____
Creditor's mailing address

**Describe the lien**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor      **Merrick Company LLC**                                          Case number (if know) _____
          Name

|  |  |
|---|---|
| Creditor's email address, if known | **Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred** | |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | **Ford Credit** | Describe debtor's property that is subject to a lien | $26,487.65 | $25,400.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

**2018 Ford F-150**
**Valued by NADA**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ford Credit** | Describe debtor's property that is subject to a lien | $25,846.03 | $25,400.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 650575**
**Dallas, TX 75265-0575**

Creditor's mailing address

**2018 Ford F-150**
**Valued by NADA**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Merrick Company LLC**                                     Case number (if known) _____
_____
Name

| 2.8 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $22,524.49 | $17,975.00 |

Creditor's Name

**P.O. Box 182519**
**Columbus, OH 43218**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2016 Jeep Wrangler 4D Sport**
**Valued by NADA**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Huntington National Bank** | Describe debtor's property that is subject to a lien | $23,142.60 | $17,650.00 |

Creditor's Name

**PO Box 182519**
**Columbus, OH 43218**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2013 Ford F-250**
**Valued by NADA**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Internal Revenue Service** | Describe debtor's property that is subject to a lien | $196,642.09 | $0.00 |

Creditor's Name

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Federal Tax Lien**

**Describe the lien**
**Federal Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Merrick Company LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Kentucky Department of Revenue** | | | |
|---|---|---|---|---|

Creditor's Name

**Legal Support Branch - Bankruptcy**
**P.O. Box 5222**
**Frankfort, KY 40602**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Debtor's interest in property, either real or personal, tangible or intangible, now owned or subsequently acquired**

**Describe the lien**
**State Tax Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

$300,000.00    $0.00

---

| 2.1 2 | **Kentucky Employers' Mutual Insurance Co.** | | | |
|---|---|---|---|---|

Creditor's Name

**c/o Morgan J. Fitzhugh Hassman & Fitzhugh PLLC**
**333 West Vine Street, Suite 300**
**Lexington, KY 40507**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**7/31/18**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Any interest in which the judgment debtor, Merrick Company, LLC may have in any real property now owned or hereafter acquired that is located in Jefferson County**

**Describe the lien**
**Judgment Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

$0.00    $0.00

---

| 2.1 3 | **Louisville Metro Revenue Commission** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

$18,322.11    $0.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Merrick Company LLC** | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

**Creditor's Name**

**617 West Jefferson Street**
**P.O. Box 35410**
**Louisville, KY 40202-2767**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2010**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**All interest in property, either real or personal, tangible or itangible, acquired by the taxpayer either prior to or subsequent to the filing of this notice**

**Describe the lien**
**Occupational Tax Lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Mechanical Industry Promotion Fund and** | | | $249,247.45 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Piping Industries**
**Cooperative of Kentuck**
**4330 Crittenden Drive,**
**Suite B**
**Louisville, KY 40209**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**3/22/18**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property-**
**JOINT WITH PLUMBERS & PIPEFITTERS**
**FUNDS DEBT**

**Describe the lien**
**Blanket lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☑ Disputed

---

| 2.1 5 | **Plumbers & Pipefitters Local 502** | | | $249,247.45 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

**Health and Welfare Fund**
**4330 Crittenden Drive,**
**Suite B**
**Louisville, KY 40209**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**All tangible and intangible personal property**

**Describe the lien**
**blanket lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Merrick Company LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**3/22/18**

**Last 4 digits of account number**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.16 | **Plumbers & Pipefitters Local 502** | Describe debtor's property that is subject to a lien | $249,247.45 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All tangible and intangible personal property** | | |

**Education and Training Fund**
**4330 Crittenden Drive, Suite B**
**Louisville, KY 40209**
Creditor's mailing address

**Describe the lien**
**blanket lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**3/22/18**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.17 | **Plumbers & Pipefitters Local 502 &** | Describe debtor's property that is subject to a lien | $249,247.45 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All tangible and intangible personal property** | | |

**663 Pension Fund**
**4330 Crittenden Drive, Suite B**
**Louisville, KY 40209**
Creditor's mailing address

**Describe the lien**
**blanket lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**3/22/18**

**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Merrick Company LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| 2.1 8 | **Plumbers and Pipefitters** | Describe debtor's property that is subject to a lien | $249,247.45 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Local Union No. 502
4330 Crittenden Drive,
Suite A
Louisville, KY 40209**

Creditor's mailing address

**JOINT WITH PLUMBERS & PIPEFITTERS
FUNDS DEBT- All tangible and intangible
personal property; AND SEPARATELY- cash
bond of $65,000**

Describe the lien
**Blanket lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**3/22/18**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 9 | **Republic Bank & Trust Company** | Describe debtor's property that is subject to a lien | $268,016.62 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**661 S Hurstbourne Pkwy
Louisville, KY 40222-5040**

Creditor's mailing address

**All assets and personal property now owned
or hereafter acquired**

Describe the lien
**Blanket lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

Date debt was incurred
**1/10/17**

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 0 | **West Point Bank** | Describe debtor's property that is subject to a lien | $89,322.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**600 W Lincoln Trail
Radcliff, KY 40160**

Creditor's mailing address

**Office furniture and equipment, fork lifts and
trucks, remaining equipment, per Asset
Purchase Agreement**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No

Creditor's email address, if known

Date debt was incurred

---

Debtor   **Merrick Company LLC**                                          Case number *(if know)*
_____
Name

**11/5/09**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,229,816.07** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Corporation, LLC**<br>**501 High Street**<br>**P.O. Box 491**<br>**Frankfort, KY 40602-0491** | Line  2.11 | |
| **Johnson & Krol, LLC**<br>**311 S Wacker Drive**<br>**Suite 1050**<br>**Attn: Dennis R. Johnson**<br>**Chicago, IL 60606** | Line  2.17 | |
| **Johnson & Krol, LLC**<br>**311 S Wacker Drive**<br>**Suite 1050**<br>**Chicago, IL 60606** | Line  2.14 | |
| **Johnson & Krol, LLC**<br>**311 S Wacker Drive**<br>**Suite 1050**<br>**Chicago, IL 60606** | Line  2.18 | |
| **Johnson & Krol, LLC**<br>**311 S Wacker Drive**<br>**Suite 1050**<br>**Attn: Dennis R. Johnson**<br>**Chicago, IL 60606** | Line  2.15 | |
| **Johnson & Krol, LLC**<br>**311 S Wacker Drive**<br>**Suite 1050**<br>**Attn: Dennis R. Johnson**<br>**Chicago, IL 60606** | Line  2.16 | |
| **Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line  2.3 | |
| **Mechanical Industry Promotion Fund**<br>**1313 Berry Boulevard**<br>**Louisville, KY 40215** | Line  2.14 | |

Debtor    **Merrick Company LLC**
          _____
          Name

Case number (*if know*)    _____

| | |
|---|---|
| **Plumbers and Pipefitters**<br>**Local 502 & 633 Pension Fund**<br>**1313 Berry Boulevard**<br>**Louisville, KY 40215** | Line **2.17** |
| **Plumbers and Pipefitters**<br>**Local Union No. 502**<br>**1313 Berry Boulevard**<br>**Louisville, KY 40215** | Line **2.18** |
| **Plumbers and Pipefitters**<br>**Local 502 Health and Welfare Fund**<br>**1313 Berry Boulevard**<br>**Louisville, KY 40215** | Line **2.15** |
| **Plumbers and Pipefitters**<br>**Local 502 Education and Training Fund**<br>**1313 Berry Boulevard**<br>**Louisville, KY 40215** | Line **2.16** |
| **W. Scott Stinnett**<br>**Lloyd & McDaniel, PLC**<br>**P.O. Box 23200**<br>**Louisville, KY 40223-0200** | Line **2.1** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Merrick Company LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Division of Unemployment**<br>**P.O. Box 2003**<br>**Frankfort, KY 40602-2003** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$165,000.00** | **$165,000.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Unemployment insurance** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$196,642.09** | **$196,642.09** |
| Date or dates debt was incurred<br>**2018** | Basis for the claim:<br>**Federal Tax Lien** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | **Merrick Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300,000.00 | $300,000.00 |
| | **Kentucky Department of Revenue Legal Support Branch - Bankruptcy P.O. Box 5222 Frankfort, KY 40602** | ☐ Contingent ☐ Unliquidated ■ Disputed | | |
| | Date or dates debt was incurred **2017** | Basis for the claim: **State Tax Lien** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,644.04 | $69,500.00 |
| | **Louisville Metro Revenue Commission 617 West Jefferson Street P.O. Box 35410 Louisville, KY 40202-2767** | ☐ Contingent ☐ Unliquidated ☐ Disputed | | |
| | Date or dates debt was incurred **July 15, 2018** | Basis for the claim: **Local tax** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,455.50 |
| | **A-1 Air Compressor 679 Winthorp Ave Addison, IL 60101** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,270.00 |
| | **Abel Construction 3401 Bashford Ave CT Louisville, KY 40202** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **subcontractor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,626.00 |
| | **Air Equipment Co PO Box 3185 Louisville, KY 40201** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Merrick Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$604.08** |
|---|---|---|---|

**Arco Engineering**
**3317 Gilmore Industrial Blvd**
**Louisville, KY 40213**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,676.55** |
|---|---|---|---|

**Bailey Tool**
**PO Box 17526**
**Louisville, KY 40217**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,851.20** |
|---|---|---|---|

**Bower & Associates**
**1702 Dutch Lane**
**Jeffersonville, IN 47130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Equipment

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$945.68** |
|---|---|---|---|

**Branham- Louisville**
**207 Eiler Ave**
**Louisville, KY 40214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,360.00** |
|---|---|---|---|

**Builders Exchange**
**PO Box 5398**
**Louisville, KY 40255**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,131.99** |
|---|---|---|---|

**Byerly Ford**
**4041 Dixie Hwy**
**Louisville, KY 40216**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$18,168.86** |
|---|---|---|---|

**Cardinal Insulation**
**1300 West Main Street**
**Louisville, KY 40202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  subcontractor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Merrick Company LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | $32,390.49 |

**Chase Ink**
**Card Member Service**
**PO Box 1423**
**Charlotte, NC 28201-1423**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __credit card__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | $36,284.60 |

**Comfort System**
**3405 Robards Court**
**Louisville, KY 40218**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __equipment subcontractor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | $3,391.50 |

**Concrete Coring**
**150 Livers Lane**
**Louisville, KY 40165**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __subcontractor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | $962.50 |

**CUS Transportation**
**4432 Poplar Level Road**
**Louisville, KY 40213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | $1,500.00 |

**Dennis O'Brien CPA**
**2950 Breckinridge Lane**
**Louisville, KY 40220**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Former CPA__

Is the claim subject to offset? ☐ No ☐ Yes

---

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | $1,995.93 |

**Erdmann Corp**
**PO Box 1269**
**Louisville, KY 40210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | $167.58 |

**Exel Services**
**2301 Nelson Miller Parkway**
**Louisville, KY 40210**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Merrick Company LLC**                                                Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$905.63** |

**3.18** **Nonpriority creditor's name and mailing address**
Fastenal
1030 South 9th Street
Louisville, KY 40203

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

**$905.63**

---

**3.19** **Nonpriority creditor's name and mailing address**
Fesco
868 Dr WJ Hodge
Louisville, KY 40210

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

**$146.00**

---

**3.20** **Nonpriority creditor's name and mailing address**
Halmar Corp
1134 Bardstown Road
Louisville, KY 40204

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

**$178.08**

---

**3.21** **Nonpriority creditor's name and mailing address**
Hayes Testing
2521 Holloway Road
Louisville, KY 40299

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** subcontractor

Is the claim subject to offset? ■ No ☐ Yes

**$1,848.52**

---

**3.22** **Nonpriority creditor's name and mailing address**
Kentuckiana Wire
3335 Industrial Parkway
Jeffersonville, IN 47114

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

**$745.71**

---

**3.23** **Nonpriority creditor's name and mailing address**
Kwik Set
4006 Bishop Lane
Louisville, KY 40218

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

**$718.11**

---

**3.24** **Nonpriority creditor's name and mailing address**
Lockwood International
4650 New Middle Road
Jeffersonville, IN 47130

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

**$10,662.46**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Merrick Company LLC**                                      Case number *(if known)* _____
         Name

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,950.53 |
|---|---|---|---|

**3.25** Nonpriority creditor's name and mailing address
McCallister Retnal
Dept 78731
PO Box 78000
Detroit, MI 48278-0731

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$13,950.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental equipment for job site**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
Mechanical Services, LLC
PO Box 21817
Louisville, KY 40221-0817

Date(s) debt was incurred  **11/5/09**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **Unknown**
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Obligation under the Asset Purchase Agreement to pay West Point Bank loan and other obligations**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** Nonpriority creditor's name and mailing address
Merrick-Kemper
PO Box 185
Louisville, KY 40201-0185

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$17,422.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address
Microvisions
13029 Middletown Ind Blvd
Louisville, KY 40223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$1,605.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accountant**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address
Neighborgall
1316 Seventh Ave
Huntington, WV 25707

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$5,606.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **subcontractor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address
Padgett
901 E Fourth Street
New Albany, IN 47150

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **$30,118.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address
Piping Industries Cooperative of
Kentuckina
4330 Crittenden Drive, Suite B
Louisville, KY 40209

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                              **Unknown**
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Coplaintiff in case 17-cv-318 in WDKy**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor     **Merrick Company LLC**
_____
Name                                                                Case number (if known) _____

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $266,485.36 |

3.32 **Nonpriority creditor's name and mailing address**

**Plumbers Supply**
**PO Box 6149**
**Louisville, KY 40206-0149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  supplier

Is the claim subject to offset? ■ No  ☐ Yes

$266,485.36

---

3.33 **Nonpriority creditor's name and mailing address**

**Prime Construction**
**130 Outer Loop**
**Louisville, KY 40214**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

$4,027.32

---

3.34 **Nonpriority creditor's name and mailing address**

**Ready Electric**
**3300 Gilmore Industrial Blvd**
**Louisville, KY 40213**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

$12,065.96

---

3.35 **Nonpriority creditor's name and mailing address**

**Revcore**
**PO Box 8085**
**Louisville, KY 40257**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No  ☐ Yes

$681.60

---

3.36 **Nonpriority creditor's name and mailing address**

**River City Sheet Metal**
**PO Box 9259**
**Louisville, KY 40209**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  subcontractor

Is the claim subject to offset? ■ No  ☐ Yes

$3,244.00

---

3.37 **Nonpriority creditor's name and mailing address**

**RL Craig**
**11524 Commonwealth Drive**
**Louisville, KY 40299**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  vendor

Is the claim subject to offset? ■ No  ☐ Yes

$1,276.24

---

3.38 **Nonpriority creditor's name and mailing address**

**Seiller Waterman LLC**
**Ken Kinderman**
**462 S Fourth Street**
**Suite 2200**
**Louisville, KY 40202**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Attorneys fees

Is the claim subject to offset? ■ No  ☐ Yes

$1,887.00

---

| Debtor | **Merrick Company LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $55,630.00 |
|---|---|---|---|

**SPX Cooling**
**7401 W 1298th**
**Overland Park, KS 66213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **equipment**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $75,166.00 |
|---|---|---|---|

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rental equipment for job site**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $5,702.28 |
|---|---|---|---|

**Thomas Conveyor**
**1S450 Summit Ave**
**Suite 175**
**Oak Brook Terrace, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,545.00 |
|---|---|---|---|

**Thomas Sipes**
**9117 Gayle Drive**
**Louisville, KY 40272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **subcontractor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,841.03 |
|---|---|---|---|

**Trustees of the International Training Fund**
**103 Oronoco St**
**Alexandria, VA 20016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit in EDVa**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $21,693.39 |
|---|---|---|---|

**Trustees of the Plumbers and Pipefitters National Pension Fund**
**103 Oronoco St**
**Alexandria, VA 20016**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit in EDVa**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $16,080.40 |
|---|---|---|---|

**Ware**
**4005 Produce Lane**
**Louisville, KY 40218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Merrick Company LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,442.61 |
|---|---|---|---|

**Welders Supply**
**PO Box 21007**
**Louisville, KY 40221-0007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __supplier__

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Corporation LLC**<br>**501 High Street**<br>**P.O. Box 491**<br>**Frankfort, KY 40602-0491** | Line  **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Johnson & Krol, LLC**<br>**311 S Wacker Drive**<br>**Suite 1050**<br>**Attn: Dennis Johnson**<br>**Chicago, IL 60606** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **O'Donoghue & O'Donoghue LLP**<br>**Attn: John R Harney**<br>**5301 Wisconsin Ave, NW, Suite 800**<br>**Washington, DC 20015** | Line  **3.44**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **O'Donoghue & O'Donoghue LLP**<br>**Attn: John R Harney**<br>**5301 Wisconsin Ave, NW, Suite 800**<br>**Washington, DC 20015** | Line  **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Piping Industries Cooperative of**<br>**Kentuckiana**<br>**1313 Berry Boulevard**<br>**Louisville, KY 40250** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 731,286.13 |
| 5b. Total claims from Part 2 | 5b. | + $ | 695,457.32 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,426,743.45 |

**Fill in this information to identify the case:**

Debtor name  **Merrick Company LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF KENTUCKY

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Health Insurance- paid monthly at $2910/month** | |
| State the term remaining | **Anthem**<br>**PO Box 105124**<br>**Atlanta, GA 30348** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Cell phone service** | |
| State the term remaining — **2 years** | **AT&T**<br>**PO Box 10526**<br>**Atlanta, GA 30348** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Securtiy service** | |
| State the term remaining — **2.5 years** | **Care Security**<br>**990 E. Breckinridge Street**<br>**Louisville, KY 40204** |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Life Insurance for Republic Bank collateral; paid monthly at $166/month** | |
| State the term remaining | **Cincinnati Insurance**<br>**PO Box 740220**<br>**Cincinnati, OH 45274** |
| List the contract number of any government contract | |

Debtor 1    **Merrick Company LLC**                                      Case number (*if known*) _____
_____
First Name        Middle Name          Last Name

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Dental Insurance paid monthly at $172/month** | |
| | State the term remaining | | **Guardian** |
| | List the contract number of any government contract | | **PO Box 824404** **Philadelphia, PA 19182** |
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Dumpster/ trash collection** | |
| | State the term remaining | **2 years** | **Industrial Disposal** |
| | List the contract number of any government contract | | **PO Box 9001099** **Louisville, KY 40290** |
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Workers Comp. Insurance** | |
| | State the term remaining | **1 year** | **KESA** |
| | List the contract number of any government contract | | **200 Executive Park** **Louisville, KY 40207** |
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease for property located at 2114 South 7th Street, Louisville KY 40208. October 22, 2019** | |
| | State the term remaining | | **Mechanical Services, LLC** |
| | List the contract number of any government contract | | **PO Box 21817** **Louisville, KY 40221-0817** |
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Real estate lease for property located at 2109 Schaffner Ave, Louisville, KY 40210** | |
| | State the term remaining | **3 years** | **Mechanical Services, LLC** |
| | List the contract number of any government contract | | **PO Box 21817** **Louisville, KY 40221-0817** |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Wifi service** | |
| | State the term remaining | **2 years** | **Spectrum** **1900 Blue Crest Lane** **San Antonio, TX 78247** |
| | List the contract number of any | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor 1   **Merrick Company LLC**                                    Case number *(if known)* _____
           First Name   Middle Name   Last Name

■ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

government contract

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Liability and Umbrella Insurance paid quarterly at $25,000/quarter** | |
|---|---|---|---|
| | State the term remaining | | **Wessel Insurance** |
| | List the contract number of any government contract | | **4101 Cane Rune Road** |
| | | | **Louisville, KY 40216** |

**Fill in this information to identify the case:**

Debtor name    **Merrick Company LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF KENTUCKY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kenneth E. Merrick** | **4200 Schuway Ct.**<br>**Louisville, KY 40207** | **Republic Bank & Trust Company** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Mechanical Services LLC** | **PO Box 21817**<br>**Louisville, KY 40221-0817** | **West Point Bank** | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Mechanical Services, LLC** | **PO Box 21817**<br>**Louisville, KY 40221-0817** | **Republic Bank & Trust Company** | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Michelle Merrick** | **6821 Green Meadow Circle**<br>**Louisville, KY 40207** | **Plumbers & Pipefitters Local 502 &** | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Michelle Merrick** | **6821 Green Meadow Circle**<br>**Louisville, KY 40207** | **Plumbers and Pipefitters** | ■ D __2.18__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Merrick Company LLC**                                    Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | Mechanical Industry<br>Promotion Fund and | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | MIchelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | Republic Bank &<br>Trust Company | ■ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | Louisville Metro<br>Revenue<br>Commission | ☐ D _____<br>■ E/F ___2.4___<br>☐ G _____ |
| 2.9 | Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | Plumbers &<br>Pipefitters Local 502 | ■ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | Plumbers &<br>Pipefitters Local 502 | ■ D ___2.16___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | Piping Industries<br>Cooperative of | ☐ D _____<br>■ E/F ___3.31___<br>☐ G _____ |
| 2.12 | Patricia Merrick<br>4200 Schuway Ct.<br>Louisville, KY 40207 | Republic Bank &<br>Trust Company | ■ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Patrick Merrick<br>3926 Illinois Avenue<br>Louisville, KY 40213 | Huntington National<br>Bank | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Merrick Company LLC**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| 2.14 | **Patrick Merrick** | **3926 Illinois Avenue** **Louisville, KY 40213** | **Huntington National Bank** | ■ D ___2.9___ ☐ E/F _____ ☐ G _____ |
|---|---|---|---|---|
| 2.15 | **Patrick T. Merrick** | **3926 Illinois Avenue** **Louisville, KY 40213** | **Republic Bank & Trust Company** | ■ D ___2.19___ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Merrick Company LLC**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF KENTUCKY

Case number (if known)     _____

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$825,000.00** |
| **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | **$5,200,000.00** |
| **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | **$5,161,860.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

Debtor    **Merrick Company LLC**              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **Bower & Associates**<br>**1702 Dutch Lane**<br>**Jeffersonville, IN 47130** | **2/6/19** | **$7,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2.   **Cardinal Insulation**<br>**1300 West Main Street**<br>**Louisville, KY 40202** | **1/30/19,**<br>**2/20/19,**<br>**3/8/19** | **$66,280.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Subcontractor** |
| 3.3.   **Padgett, Inc.**<br>**901 E Fourth Street**<br>**New Albany, IN 47150** | **1/25/19** | **$40,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.   **Plumbers Supply**<br>**PO Box 6149**<br>**Louisville, KY 40206** | **2/13/19,**<br>**2/20/19,**<br>**3/6/19** | **$75,034.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5.   **Plumbers and Pipefitters**<br>**Local Union No. 502**<br>**4330 Crittenden Drive, Suite A**<br>**Louisville, KY 40209** | **1/14/19,**<br>**1/31/19** | **$102,933.50** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.   **Mechanical Services, LLC**<br>**PO Box 21817**<br>**Louisville, KY 40221-0817** | **2/5/19,**<br>**3/12/19** | **$8,150.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent payments for property located at 2109 Schaffner Avenue, Louisville, KY 40210** |
| 3.7.   **Sunbelt Rentals**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | **1/31/19,**<br>**2/11/19** | **$7,572.23** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rental equipment for jobsite.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor __**Merrick Company LLC**_____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8. **Wessel Insurance**<br>**4101 Cane Run Road**<br>**Louisville, KY 40216** | 1/31/19 | $7,900.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance payments** |
| 3.9. **River City Sheet Metal**<br>**PO Box 9259**<br>**Louisville, KY 40209** | 1/25/19,<br>3/1/19 | $9,901.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Michelle Merrick**<br>**6821 Green Meadow Circle**<br>**Louisville, KY 40207**<br>**Member** | 4/15/18 -<br>4/15/19 | $167,000.00 | **Guaranteed credit card**<br>**payments**<br>**Chase Ink**<br>**Card Member Services**<br>**PO Box 1423**<br>**Charlotte NC 28201-1423** |
| 4.2. **Patrick Merrick**<br>**3926 Illinois Avenue**<br>**Louisville, KY 40213**<br>**Member** | 4/15/18 -<br>4/15/19 | $10,458.94 | **Secured guaranteed loans on**<br>**vehicles**<br>**Huntington National Bank**<br>**PO Box 182519**<br>**Columbus OH 43218** |
| 4.3. **Michelle Merrick**<br>**6821 Green Meadow Circle**<br>**Louisville, KY 40207**<br>**Member** | 4/15/18 -<br>4/15/19 | $26,989.51 | **Guaranteed Collective**<br>**Bargaining Agreement**<br>**Plumbers & Pipefitters Local**<br>**502 Health**<br>**& Welfare Fund, Local 502 &**<br>**633 Pension**<br>**Fund, Local 502 Edu & Training,**<br>**Loc. 502**<br>**4330 Crittenden Drive, Suite B**<br>**Louisville KY 40209** |
| 4.4. **Michelle Merrick**<br>**6821 Green Meadow Circle**<br>**Louisville, KY 40207**<br>**Union Member** | 4/15/18 -<br>4/15/19 | $27,000.00 | **Post Judgment Agreement**<br>**Plumbers & Pipefitters Local**<br>**502 Health**<br>**& Welfare Fund, Local 502 &**<br>**633 Pension**<br>**Fund, Local 502 Edu & Training,**<br>**Loc. 502**<br>**4330 Crittenden Drive, Suite B**<br>**Louisville KY 40209** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor __Merrick Company LLC_____   Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **Mechanical Services, LLC**<br>**PO Box 21817**<br>**Louisville, KY 40221-0817**<br>**Owned by parent of members of the debtor** | **4/15/18 -**<br>**4/15/19** | **$11,781.04** | **Rent payments for property located at 2114 South 7th Street, Louisville, KY 40208**<br>**Forct Bank**<br>**PO Box 55250**<br>**Lexington KY 40509** |
| 4.6. **Mechanical Services, LLC**<br>**PO Box 21817**<br>**Louisville, KY 40221-0817**<br>**Owned by parent of members of the debtor** | **4/15/18 -**<br>**4/15/19** | **$16,419.92** | **Obligation under APA paid to West Point Bank**<br>**600 W Lincoln Trail**<br>**Radcliff KY 40160** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Plumbers & Pipefitters Local 502**<br>**Health**<br>**& Welfare Fund, Local 502 & 633 Pension**<br>**Fund, Local 502 Edu & Training, Loc. 502**<br>**4330 Crittenden Drive, Suite B**<br>**Louisville, KY 40209** | **Accounts Receivable garnishment- funds owed to Merrick Company by Diageo North America, Inc.** | **2/4/19** | **$42,520.00** |
| **Plumbers & Pipefitters Local 502**<br>**Health and Welfare Fund**<br>**4330 Crittenden Drive, Suite B**<br>**Louisville, KY 40209** | **$27,308.16 from Chase account 9381**<br>**$10.90 from Chase account 7217** | **February 11, 2019** | **$27,419.06** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Louisville/Jefferson County Metro Revenue Commission vs. Merrick  Company, LLC and Michelle Merrick**<br>**15-CI-003275** | **Civil** | **Jefferson Circuit Court** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   **Merrick Company LLC**   Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2. Plumbers and Pipefitters Local Union No. 502 Health and Welfare Trust Fund et al. vs. Merrick Company LLC<br>17-CV-318-CRS | Civil | United States Distrcit Court Western District of Kentucky Louisville Division | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.3. Plumbers and Pipefitters Local Union No. 502 Health and Welfare Trust Fund et al. vs. Merrick Company LLC and Michelle Merrick<br>19-CV-69-CHB | Civil | United States District Court Western District of Kentucky Louisville Division | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Trustees of the Plumbers and Pipefitters National Pension Fund, et al vs. Merrick Company LLC<br>19-CV-130 | Civil | United States District Court Eastern District of Virginia | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. Trustees of The Plumbers and Pipefitters National Pension Fund, et al. vs. Merrick Company LLC<br>18-CV-1054 | Civil | United States District Court Eastern District of Virginia Alexandria Division | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.6. Republic Bank & Trust Company vs. Merrick Company, LLC et al.<br>16-CI-401977 | Civil | Jefferson Circuit Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.7. Kentucky Employers' Mutual Insurance Company vs. Merrick Company, LLC<br>16-CI-2203 | Civil | Fayette Circuit Court | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.8. Trustees of the Plumbers and Pipefitters National Pension Fund et al v. Merrick Company LLC<br>19-mc-5 | Civil | United States District Court Western District of Kentucky Louisville Division Louisville, KY 40202 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<hr>

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Merrick Company LLC | Case number *(if known)* |
|---|---|---|

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **2008 Ford F-150** | **None yet received** | | **Unknown** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kaplan Johnson Abate & Bird LLP**<br>**710 West Main Street**<br>**Fourth Floor**<br>**Louisville, KY 40202** | **Attorney Fees** | **Two equal payments occuring on 4/8/19 and 4/15/19.** | **$30,000.00** |
| | Email or website address<br>**cbird@kaplanjohnsonlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Debtor    **Merrick Company LLC**                                    Case number *(if known)*

---

| Part 8: | Health Care Bankruptcies |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

　　■ No Go to Part 10.
　　☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Merrick Company LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **Merrick Company LLC**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Michelle Merrick**<br>**6821 Green Meadow Circle**<br>**Louisville, KY 40207** | **April 2009 - present** |
| 26a.2.    **Jo Anne Schneider**<br>**918 Lily Creek Road**<br>**Suite 101**<br>**Louisville, KY 40243** | **April 2009 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Jo Anne Schneider**<br>**918 Lily Creek Road**<br>**Suite 101**<br>**Louisville, KY 40243** | **2009-present**<br>**Prepares tax returns** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Michelle Merrick**<br>**6821 Green Meadow Circle**<br>**Louisville, KY 40207** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.    **Patrick Merrick** | **Beginning of 2019** | **$3750** |

| Name and address of the person who has possession of inventory records |
|---|
| **Merrick Company LLC**<br>**2109 Schaffner Ave**<br>**Louisville, KY 40210** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Merrick Company LLC**                                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Patrick Merrick | 3926 Illinois Avenue<br>Louisville, KY 40213 | Member | 49% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Michelle Merrick | 6821 Green Meadow CIrcle<br>Louisville, KY 40207 | Member | 51% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207 | $58,406 | Every Friday-$1500 each time | Salary draws |
| | Relationship to debtor<br>Owner | | | |
| 30.2. | Partick Merrick<br>3926 Illinois Avenue<br>Louisville, KY 40213 | $59,890 | Every Friday-$1500 each time | Salary Draws |
| | Relationship to debtor<br>Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|
| Plumbers & Pipefitters Local 502 & 663 Pension Fund | EIN: |

Debtor    **Merrick Company LLC**                                    Case number *(if known)*

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2019**

**/s/ Michelle Merrick**                              **Michelle Merrick**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Western District of Kentucky

In re  **Merrick Company LLC**

Debtor(s)

Case No. _____

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **hourly** |
| Prior to the filing of this statement I have received | $ | **30,000.00** |
| Balance Due | $ | **As approved by Court** |

2.  The source of the compensation paid to me was:

☑ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor    ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Draft pleadings and correspondence, and review same from other parties;
e.  Research points of law relevant to Client's legal matters;
f.  Prepare for and attend all hearings and meetings scheduled by the Court or the United States Trustee's office; and
g.  Assist Client in the development of a viable plan or other disposition of assets.

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 15, 2019**
_____
*Date*

/s/ Charity S. Bird
_____
**Charity S. Bird**
*Signature of Attorney*
**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285  Fax: (502) 540-8282**
**cbird@kaplanjohnsonlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of Kentucky

In re    **Merrick Company LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michelle Merrick<br>6821 Green Meadow Circle<br>Louisville, KY 40207** | **Member** | **51%** | **membership** |
| **Patrick Merrick<br>3926 Illinois Avenue<br>Louisville, KY 40213** | **Member** | **49%** | **membership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 15, 2019**

Signature    **/s/ Michelle Merrick**

**Michelle Merrick**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Western District of Kentucky

In re    **Merrick Company LLC**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 15, 2019**

**/s/ Michelle Merrick**
**Michelle Merrick/Member**
Signer/Title

```
A-1 Air Compressor
679 Winthorp Ave
Addison, IL 60101

Abel Construction
3401 Bashford Ave CT
Louisville, KY 40202

Air Equipment Co
PO Box 3185
Louisville, KY 40201

Air Systems, LLC
4512 Bishop Lane
Louisville, KY 40218

Anthem
PO Box 105124
Atlanta, GA 30348

Arco Engineering
3317 Gilmore Industrial Blvd
Louisville, KY 40213

AT&T
PO Box 10526
Atlanta, GA 30348

Bailey Tool
PO Box 17526
Louisville, KY 40217

Bower & Associates
1702 Dutch Lane
Jeffersonville, IN 47130

Branham- Louisville
207 Eiler Ave
Louisville, KY 40214

Builders Exchange
PO Box 5398
Louisville, KY 40255

Byerly Ford
4041 Dixie Hwy
Louisville, KY 40216

Cardinal Industrial Insulation Co., Inc.
c/o Dennis J. Stilger, P.S.C.
6000 Brownsboro Park Blvd., Suite H
Louisville, KY 40207
```

Cardinal Insulation
1300 West Main Street
Louisville, KY 40202

Care Security
990 E. Breckinridge Street
Louisville, KY 40204

Chase Ink
Card Member Service
PO Box 1423
Charlotte, NC 28201-1423

Cincinnati Insurance
PO Box 740220
Cincinnati, OH 45274

Citibank, N.A., its branches,
subsidiaries and affiliates
388 Greenwich Street, 10th Floor
New York, NY 10013

Comfort System
3405 Robards Court
Louisville, KY 40218

Concrete Coring
150 Livers Lane
Louisville, KY 40165

Corporation LLC
501 High Street
P.O. Box 491
Frankfort, KY 40602-0491

Corporation, LLC
501 High Street
P.O. Box 491
Frankfort, KY 40602-0491

CUS Transportation
4432 Poplar Level Road
Louisville, KY 40213

Dennis O'Brien CPA
2950 Breckinridge Lane
Louisville, KY 40220

Division of Unemployment
P.O. Box 2003
Frankfort, KY 40602-2003

Erdmann Corp
PO Box 1269
Louisville, KY 40210

```
Exel Services
2301 Nelson Miller Parkway
Louisville, KY 40210

Fastenal
1030 South 9th Street
Louisville, KY 40203

Fesco
868 Dr WJ Hodge
Louisville, KY 40210

Ford Credit
P.O. Box 650575
Dallas, TX 75265-0575

Guardian
PO Box 824404
Philadelphia, PA 19182

Halmar Corp
1134 Bardstown Road
Louisville, KY 40204

Hayes Testing
2521 Holloway Road
Louisville, KY 40299

Huntington National Bank
P.O. Box 182519
Columbus, OH 43218

Huntington National Bank
PO Box 182519
Columbus, OH 43218

Industrial Disposal
PO Box 9001099
Louisville, KY 40290

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Johnson & Krol, LLC
311 S Wacker Drive
Suite 1050
Attn: Dennis R. Johnson
Chicago, IL 60606

Johnson & Krol, LLC
311 S Wacker Drive
Suite 1050
Chicago, IL 60606
```

Johnson & Krol, LLC
311 S Wacker Drive
Suite 1050
Attn: Dennis Johnson
Chicago, IL 60606

Kenneth E. Merrick
4200 Schuway Ct.
Louisville, KY 40207

Kentuckiana Wire
3335 Industrial Parkway
Jeffersonville, IN 47114

Kentucky Department of Revenue
Legal Support Branch - Bankruptcy
P.O. Box 5222
Frankfort, KY 40602

Kentucky Employers' Mutual Insurance Co.
c/o Morgan J. Fitzhugh
Hassman & Fitzhugh PLLC
333 West Vine Street, Suite 300
Lexington, KY 40507

KESA
200 Executive Park
Louisville, KY 40207

Kwik Set
4006 Bishop Lane
Louisville, KY 40218

Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Lockwood International
4650 New Middle Road
Jeffersonville, IN 47130

Louisville Metro Revenue Commission
617 West Jefferson Street
P.O. Box 35410
Louisville, KY 40202-2767

McCallister Retnal
Dept 78731
PO Box 78000
Detroit, MI 48278-0731

Mechanical Industry Promotion Fund
1313 Berry Boulevard
Louisville, KY 40215

Mechanical Industry Promotion Fund and
Piping Industries Cooperative of Kentuck
4330 Crittenden Drive, Suite B
Louisville, KY 40209

Mechanical Services LLC
PO Box 21817
Louisville, KY 40221-0817

Mechanical Services, LLC
PO Box 21817
Louisville, KY 40221-0817

Merrick-Kemper
PO Box 185
Louisville, KY 40201-0185

Michelle Merrick
6821 Green Meadow Circle
Louisville, KY 40207

Microvisions
13029 Middletown Ind Blvd
Louisville, KY 40223

Neighborgall
1316 Seventh Ave
Huntington, WV 25707

O'Donoghue & O'Donoghue LLP
Attn: John R Harney
5301 Wisconsin Ave, NW, Suite 800
Washington, DC 20015

Padgett
901 E Fourth Street
New Albany, IN 47150

Patricia Merrick
4200 Schuway Ct.
Louisville, KY 40207

Patrick Merrick
3926 Illinois Avenue
Louisville, KY 40213

Patrick T. Merrick
3926 Illinois Avenue
Louisville, KY 40213

Piping Industries Cooperative of
Kentuckina
4330 Crittenden Drive, Suite B
Louisville, KY 40209

Piping Industries Cooperative of
Kentuckiana
1313 Berry Boulevard
Louisville, KY 40250

Plumbers & Pipefitters Local 502
Health and Welfare Fund
4330 Crittenden Drive, Suite B
Louisville, KY 40209

Plumbers & Pipefitters Local 502
Education and Training Fund
4330 Crittenden Drive, Suite B
Louisville, KY 40209

Plumbers & Pipefitters Local 502 &
663 Pension Fund
4330 Crittenden Drive, Suite B
Louisville, KY 40209

Plumbers and Pipefitters
Local Union No. 502
4330 Crittenden Drive, Suite A
Louisville, KY 40209

Plumbers and Pipefitters
Local 502 & 633 Pension Fund
1313 Berry Boulevard
Louisville, KY 40215

Plumbers and Pipefitters
Local Union No. 502
1313 Berry Boulevard
Louisville, KY 40215

Plumbers and Pipefitters
Local 502 Health and Welfare Fund
1313 Berry Boulevard
Louisville, KY 40215

Plumbers and Pipefitters
Local 502 Education and Training Fund
1313 Berry Boulevard
Louisville, KY 40215

Plumbers Supply
PO Box 6149
Louisville, KY 40206-0149

Prime Construction
130 Outer Loop
Louisville, KY 40214

Ready Electric
3300 Gilmore Industrial Blvd
Louisville, KY 40213

Republic Bank & Trust Company
661 S Hurstbourne Pkwy
Louisville, KY 40222-5040

Revcore
PO Box 8085
Louisville, KY 40257

River City Sheet Metal
PO Box 9259
Louisville, KY 40209

RL Craig
11524 Commonwealth Drive
Louisville, KY 40299

Seiller Waterman LLC
Ken Kinderman
462 S Fourth Street
Suite 2200
Louisville, KY 40202

Spectrum
1900 Blue Crest Lane
San Antonio, TX 78247

SPX Cooling
7401 W 1298th
Overland Park, KS 66213

Sunbelt Rentals
PO Box 409211
Atlanta, GA 30384-9211

Thomas Conveyor
1S450 Summit Ave
Suite 175
Oak Brook Terrace, IL 60181

Thomas Sipes
9117 Gayle Drive
Louisville, KY 40272

Trustees of the International Training
Fund
103 Oronoco St
Alexandria, VA 20016

Trustees of the Plumbers and Pipefitters
National Pension Fund
103 Oronoco St
Alexandria, VA 20016

W. Scott Stinnett
Lloyd & McDaniel, PLC
P.O. Box 23200
Louisville, KY 40223-0200

Ware
4005 Produce Lane
Louisville, KY 40218

Welders Supply
PO Box 21007
Louisville, KY 40221-0007

Wessel Insurance
4101 Cane Rune Road
Louisville, KY 40216

West Point Bank
600 W Lincoln Trail
Radcliff, KY 40160

# United States Bankruptcy Court
## Western District of Kentucky

In re   **Merrick Company LLC**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Merrick Company LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 15, 2019**

Date

**/s/ Charity S. Bird**

**Charity S. Bird**

Signature of Attorney or Litigant

Counsel for   **Merrick Company LLC**

**Kaplan Johnson Abate & Bird LLP**
**710 West Main Street**
**Fourth Floor**
**Louisville, KY 40202**
**(502) 540-8285 Fax:(502) 540-8282**
**cbird@kaplanjohnsonlaw.com**